

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No.  20-cv-01129-H-MDD |
| **Plaintiff,** | |
| V. | |
| Century-National Insurance Company | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grants Defendant's motion to dismiss and dismisses the action. Because the allegations of additional facts would not cure the FAC's deficiencies, the Court's dismissal is with prejudice and without leave to amend. The Court directs the Clerk to close the case.

Date:   1/25/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Rinehart

J. Rinehart, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  20-cv-01129-H-MDD

Plaintiffs:
Unmasked Management, Inc.; Lucha Libre Gourmet Taco Shop #1 LP; Lucha Libre Gourmet Taco Shop #2 LP; Lucha Libre Gourmet Taco Shop #3 LP; individually and on behalf of all others similarly situated